McWilliams, j.
dissents.
At the outset of my dissent, I would note that when the inspector at the check point read the defendant his Miranda rights, the defendant neither invoked nor waived his right to remain silent. I also agree that after Agent Chadborn arrived, the defendant said, in essence, that he did not want to talk to “anyone about anything,” which is a rather “clear and unambiguous” invocation of his Miranda right to remain silent. And that immediately thereafter the agent did inquire of the defendant “when they read you your rights ...,” at which point the defendant interrupted and said “what right” and “what rights do I have?” It was in that setting that the agent then proceeded to re-read the defendant his Miranda rights, after retrieving the defendant’s glasses from his truck, the defendant apparently wanting to read the Miranda rights as the agent read them. Two times during the reading, the defendant asked if they could talk about the “details of his case” and the agent said they could not. At the conclusion of this re-reading the defendant then signed a written waiver of his Miranda rights. Certainly, reading to a detainee his Miranda rights does not in itself violate his right to remain silent. Accordingly, I would affirm.